■ BANKERS TRUST COMPANY v STAHL. (And Another Action.)—Motion granted to extent of directing Clerk of Supreme Court, Bronx County, to enter judgment in favor of third-party defendants-appellants Swig Weiler and Arnow Mgt. Co., Inc. and Weiler-Arnow Investment Co. dismissing third-party complaint as against them only, and severing said third-party complaint as against third-party defendant Ruth Arnow Stahl, who was not a party to appeal. Concur—Carro, J. P., Asch, Kassal and Rosenberger, JJ.